IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER L. PASCHALL;<br>MARY PASCHALL, and A. & B.<br>PASCHALL, Minor Children | **PLAINTIFFS** |
| V.                    CASE NO. 5:22-CV-5043 | |
| JUDGE ELIZABETH STOREY-BRYAN,<br>Washington County Circuit Court, Probate<br>Division; ATTORNEY HADLEY HINDMARSH;<br>ATTORNEY KRISTIN PAWLIK; ATTORNEY<br>JEANNE RANDALL; CRYSTAL PASCHALL; and<br>JEREMY PASCHALL | **DEFENDANTS** |

**ORDER**

Now before the Court is the Report and Recommendation ("R&R") (Doc. 8) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The R&R explains that Plaintiff's Complaint should be dismissed because the statute of limitations on his claims has expired. Plaintiff filed an Objection (Doc. 9) to the R&R, but fails to confront the statute of limitations problem. Instead, he uses the Objection to restate the claims in his Complaint.

The Court has conducted a *de novo* review of the entire case file, *see* 28 U.S.C. § 636(b)(1)(C), and agrees with the Magistrate Judge that the statute of limitations has expired on Plaintiff's claims. Dismissal is appropriate.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 8) is **ADOPTED IN ITS ENTIRETY**. The case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g) and thus, **the Clerk is directed to place a § 1915(g) strike flag on the case** for future judicial

consideration.  Finally, pursuant to 28 U. S.C. § 1915(a)(3), the Court finds that any appeal from this dismissal would not be taken in good faith

  **IT IS SO ORDERED** on this 6th day of April, 2022.

            */s/ Timothy L. Brooks*
            TIMOTHY L. BROOKS
            UNITED STATES DISTRICT JUDGE